IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                     )<br>        Plaintiff,                   )<br>                                     )<br>v.                                   )<br>                                     )<br>MARATHON INVESTMENT                  )<br>PARTNERS, LP                         )<br>                                     )<br>        Defendant.                   )<br>                                     ) | Civil Action No. 05-10255-MEL |

**PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF AND APPOINTMENT OF RECEIVER OF MARATHON INVESTMENT PARTNERS, LP**

The United States of America, the plaintiff in the above-captioned matter, on behalf of its agency, the United States Small Business Administration ("SBA" or "Agency"), and, for the reasons more fully set forth in the Memorandum of Law (the "Memorandum") filed simultaneously herewith, hereby moves this Court to: (1) permanently enjoin the Marathon Investment Partners, LP, a licensed Small Business Investment Company ("SBIC"), from further violating the Small Business Investment Act of 1958, as amended, 15 U.S.C. § 661, et seq. ("the Act"), and the regulations promulgated thereunder at 13 C.F.R. § 107.1, et seq. (the "Regulations"); (2) take exclusive jurisdiction of Marathon and all of its assets wherever such assets are situated; (3) permanently enjoin Marathon, its past and/or present general partners, officers, directors, agents, employees, managers and creditors, or any other individual or entity having knowledge of

or control over any of the Marathon's assets, from encumbering, conveying, disposing, levying, executing, or in any other manner dealing with any of the assets of Marathon; (4) appoint SBA as permanent Receiver of Marathon; and (5) enter judgment in favor of SBA and against Marathon in the amount of $15,354,725.58 comprised of $14,450,000 in principal, $904,725.58 in interest and fees, with a per diem rate of $3,280.72 as of December 10, 2004 until the date of judgment, plus post judgment interest pursuant to 28 U.S.C. § 1961 as of the date judgment is entered.

In summary, SBA has determined that Marathon is in violation of the Act and applicable Regulations due to its condition of Capital Impairment in excess of allowable limits set by SBA. The relief requested by this motion is required to prevent further violations of the Act and Regulations and any dissipation of Marathon assets, to preserve the federal funds invested in Marathon, to protect the financial integrity of the Small Business Investment Company ("SBIC") program and to accomplish the orderly liquidation of Marathon for the benefit of its creditors and equity holders.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order granting a permanent injunction and the appointing the Small Business Administration as receiver of Marathon.

                                      Respectfully submitted,

                                      UNITED STATES OF AMERICA
                                      By its attorneys

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

Dated: February 15, 2005 By:  /S/ Christopher R. Donato
                                      Christopher R. Donato
                                      Assistant U.S. Attorney
                                      John Joseph Moakley Courthouse
                                      One Courthouse Way, Suite 9200
                                      Boston, MA 02210
                                      (617) 748-3303

                                      U.S. SMALL BUSINESS ADMINISTRATION

Dated: February 15, 2005 By:  */S/ Arlene M. Embry
                                      ARLENE M. EMBREY, ESQ.
                                      Trial Attorney
                                      U.S. Small Business Administration
                                      409 Third Street, Seventh Floor
                                      Washington, D.C. 20416
                                      (202) 205-6976
                                      Facsimile: (202) 481-0324

\*    Arlene M. Embry, attorney for the SBA, has authorized AUSA Christopher R. Donato to sign this pleading on her behalf.

### Rule 7.1(A)(2) Certification

I hereby certify that Attorney Arlene Embry, SBA, and I have conferred with the attorney for the defendant and have attempted in good faith to resolve or narrow the issues in the attached Motion for Injunctive Relief and Appointment of Receiver for the Marathon Investment Partners, LP.


Dated: February 15, 2005     /S/ Christopher R. Donato
                                      Christopher R. Donato
                                      Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

    I hereby certify that on this day a true copy of the plaintiff's Motion for Injunctive Relief and Appointment of Receiver for the Marathon Investment Partners, LP, was served by first class mail, postage prepaid, upon the attorney for the defendant at the following address:

Charles R. Bennett, Jr., Esq.
Hanify & King, P.C.
One Beacon Street
Boston, MA 02108-3107

Dated: February 15, 2005    /S/ Christopher R. Donato
    Christopher R. Donato
    Assistant U.S. Attorney