IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>MARATHON INVESTMENT PARTNERS, L.P.,<br><br>           Defendant | )<br>)<br>) Civ. A. No. 05-10255-MEL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION FOR EXTENSION OF TIME**

The parties hereby stipulate that the defendant, Marathon Investment Partners, L.P., shall have until March 14, 2005 to serve and file its answer or motion in response to the Complaint and to serve and file its opposition to the pending Motion for Injunctive Relief and Appointment of Receiver.

                                        Respectfully submitted,

| UNITED STATES OF AMERICA | MARATHON INVESTMENT PARTNERS, L.P. |
|---|---|
| By its attorney: | By its attorneys: |
| /s/ Christopher R. Donato<br>Christopher R. Donato<br>Assistant U.S. Attorney<br>John Joseph Moakley Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, Mass. 02210<br>(617) 748-3303 | /s/ Theodore J. Folkman<br>Charles R. Bennett, Jr. (BBO No. 037380)<br>Theodore J. Folkman (BBO No. 647642)<br>HANIFY & KING, P.C.<br>One Beacon Street<br>Boston, Mass. 02108<br>(617) 423-0400 |

Dated: February 24, 2005
424116