IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff,　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　vs.　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>MARATHON INVESTMENT PARTNERS, )<br>L.P.,　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　Defendant　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　) | Civ. A. No. 05-10255-MEL |

## **NOTICE OF APPEARANCE**

　　　　Please enter the appearances of Charles R. Bennett, Jr. and Theodore J. Folkman as counsel to the defendant, Marathon Investment Partners, L.P., in this action.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Theodore J. Folkman
　　　　　　　　　　　　　　　　　　　　　　Charles R. Bennett, Jr. (BBO No. 037380)
　　　　　　　　　　　　　　　　　　　　　　Theodore J. Folkman (BBO No. 647642)
　　　　　　　　　　　　　　　　　　　　　　HANIFY & KING, P.C.
　　　　　　　　　　　　　　　　　　　　　　One Beacon Street
　　　　　　　　　　　　　　　　　　　　　　Boston, Mass. 02108
　　　　　　　　　　　　　　　　　　　　　　(617) 423-0400

Dated: February 24, 2005
424279