# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

**U.S. Department of Justice**
**United States Marshals Service**

FILED
IN CLERKS OFFICE

2005 FEB 23 P 3:42

U.S. DISTRICT COURT
DISTRICT OF MASS

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | CV-05-10255-MEL |
| DEFENDANT | TYPE OF PROCESS |
| Marathon Investment Partners, LP | Complaint for Money Judgment |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Charles R. Bennett, Habity R
ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
**AT** One Beacon Street, Boston, MA 02108-3107

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Christopher R. Donato, Assistant U.S. Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 617-748-3303
DATE: 2/9/05

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 2/9/05 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 2/10/05   Time: 14 35 pm

Signature of U.S. Marshal or Deputy

| Service Fee 45.00 | Total Mileage Charges (including endeavors) 1.83 | Forwarding Fee | Total Charges 46.83 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS: 2/10/05 Personally served 1 hour, 5 miles (JDW)

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

United States of America

V.

Marathon Investment Partners, LP

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 10255 MEL**

TO: (Name and address of defendant)

Charles R. Bennett
Hanify & King, P.C.
One Beacon Street
Boston, MA 02108-3107

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher R. Donato, Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK

(BY) DEPUTY CLERK

DATE

FEB - 9 2005

This form was electronically produced by Elite Federal Forms, Inc.

(RETURN TO COURT)

RETURN OF SERVICE

I. I hereby acknowledge that service of process <u>was executed</u> by serving Defendant, **Charles Bennett**,

by giving him/her a true copy of the order directing service of process, the complaint, and the Special Appointment Order. The following documents were also served on the above-named defendant:

_____

_____

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service is true and correct.

DATE SERVED: **2/10/05  1435 hrs**

By: **John D. Wickham** (John D. Wickham) DUSM
(United States Marshal or Special Appointee)

As defendant in this action, I hereby acknowledge receipt of service of process on my own behalf.

_____        **Charles R. Bennett Jr**
Defendant's Signature           Defendant's Printed Name
                                Atty for Defendant

II. I hereby acknowledge that service of process <u>cannot be executed</u> upon the defendant for the following reason(s):

_____

_____

DATE OF ATTEMPTED SERVICE: _____

By: _____
   (United States Marshal or Special Appointee)