IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARATHON INVESTMENT PARTNERS L.P., )<br>)<br>Defendant ) | Civ. A. No. 05-10255-MEL |

## **ANSWER**

Now comes the defendant, Marathon Investment Partners, L.P. ("MIP"), and for its answer states as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Denied. Further answering, MIP states that § 102 of the Act speaks for itself, and that ¶ 5 is not a verbatim recital of its provisions.

6. Admitted.

7. Denied. Further answering, MIP states that § 308(c) of the Act speaks for itself, and that ¶ 7 is not a verbatim recital of its provisions.

8. Denied. Further answering, MIP states that § 308(d) of the Act speaks for itself, and that ¶ 8 is not a verbatim recital of its provisions.

9. Denied. Further answering, MIP states that § 311 of the Act speaks for itself, and that ¶ 9 is not a verbatim recital of its provisions.

10. Admitted.

11. MIP denies the allegations of ¶ 11 insofar as they imply that the SBA has accelerated the debt owed to it. MIP otherwise admits the allegations of ¶ 11.

12. MIP incorporates its answers to ¶¶ 1 to 11.

13. Denied. Further answering, MIP states that 13 C.F.R. § 107.1810(g) speaks for itself, and that ¶ 13 is not a verbatim recital of its provisions.

14. Denied. Further answering, MIP states that 13 C.F.R. § 107.1810(f)(5) speaks for itself, and that ¶ 14 is not a verbatim recital of its provisions.

15. Denied. Further answering, MIP states that 13 C.F.R. § 107.1830 speaks for itself, and that ¶ 15 is not a verbatim recital of its provisions.

16. Admitted.

17. Admitted.

18. MIP admits that it has not cured its condition of capital impairment and that its capital impairment ratio as of September 30, 2004 was 123.4%. MIP otherwise denies the allegations of ¶ 18.

19. MIP admits that the government sent it a letter dated September 2, 2004, and that the letter purported to accelerate the debt and made demand for payment in full. MIP also admits that it has made no payments to the government. MIP denies that the letter was effective to accelerate the debt and otherwise denies the allegations of ¶ 19.

20. Admitted.

21. Admitted.

<u>AFFIRMATIVE DEFENSES</u>

1. The plaintiff is guilty of laches.

2.     The government's claims are barred by a contract between the Small Business Administration and MIP.

Wherefore the defendant prays that the Court enter judgment in its favor and award it its costs of action.

                                        Respectfully submitted,

                                        MARATHON INVESTMENT PARTNERS, L.P.,

                                        By its attorneys:

/s/ Theodore J. Folkman
Charles R. Bennett, Jr.  (BBO No. 037380)
Theodore J. Folkman (BBO No. 647642)
HANIFY & KING, P.C.
One Beacon Street
Boston, Mass. 02108
(617) 423-0400

Dated: March 14, 2005

424235