IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARATHON INVESTMENT PARTNERS, LP<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civ. Action No. 05-10255-MEL<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Plaintiff, the United States of America, and the United States Small Business Administration respectfully request that the Clerk of Courts enter the appearance of Arlene M. Embrey, Trial Attorney, United States Small Business Administration, as co-counsel for the Plaintiff in the above-captioned case.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

Dated: 3/16/05

Christopher R. Donato
Assistant United States Attorney
John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, MA  02210

1

2

                                        U. S. SMALL BUSINESS ADMINISTRATION

Dated: 3/14/05

                                        Arlene M. Embrey
                                        Trial Attorney
                                        United States Small Business Administration
                                        409 3rd Street, SW
                                        Washington, D.C. 20416
                                        (202) 205-6976

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT the forgoing Notice of Appearance was served via first class mail, postage prepaid, upon the following on this __16th__ day, of March, 2005:

Theodore J. Folkman, Esq.
Charles R. Bennett, Jr.
Hannify & King, P.C.
One Beacon Street
Boston, MA 02108

*Christopher R. Donato*