IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-10255-MEL |
| MARATHON INVESTMENT PARTNERS, LP | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES AND FOR ENTRY OF JUDGMENT ON THE PLEADINGS**

The United States of America, the plaintiff in the above-captioned matter, on behalf of its agency, the United States Small Business Administration ("SBA" or "Agency"), and, for the reasons more fully set forth in the Memorandum of Law (the "Memorandum") filed simultaneously herewith, hereby moves this Court to: (1) strike the affirmative defenses, pursuant to Federal Rule of Civil Procedure 12(f), raised by the defendant Marathon Investment Partners, LP, and (2) enter judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c).  As reasons therefore, the plaintiff states that the defendant's Affirmative Defenses are insufficient as a matter of law and the defendant has admitted the regulatory violation underlying the Complaint and Motion for Preliminary Injunction and Appointment of Receiver.

Accordingly, the plaintiff respectfully requests that this Court grant Plaintiff's motion and enter the proposed order filed simultaneously herewith.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

MICHAEL J. SULLIVAN
United States Attorney

Dated: April 1, 2005     By:   /S/ Christopher R. Donato
                               Christopher R. Donato
                               Assistant U.S. Attorney
                               John Joseph Moakley Courthouse
                               One Courthouse Way, Suite 9200
                               Boston, MA 02210
                               (617) 748-3303

                               U.S. SMALL BUSINESS ADMINISTRATION

Dated: April 1, 2005     By:   */S/ Arlene M. Embry
                               ARLENE M. EMBREY, ESQ.
                               Trial Attorney
                               U.S. Small Business Administration
                               409 Third Street, Seventh Floor
                               Washington, D.C. 20416
                               (202) 205-6976
                               Facsimile: (202) 481-0324

\*   Arlene M. Embry, attorney for the SBA, has authorized AUSA Christopher R. Donato to sign this pleading on her behalf.

### Rule 7.1(A)(2) Certification

I hereby certify that I have conferred with the attorney for the defendant and have attempted in good faith to resolve or narrow the issues in the attached Motion to Strike Affirmative Defenses and for Entry of Judgment on the Pleadings.

Dated: April 1, 2005          /S/ Christopher R. Donato
                              Christopher R. Donato
                              Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

    I hereby certify that on this day a true copy of the plaintiff's Motion to Strike Affirmative Defenses and for Entry of Judgment on the Pleadings was served by first class mail, postage prepaid, upon the attorney for the defendant at the following address:

Theodore J. Folkman, Esq  
Charles R. Bennett, Jr., Esq.  
Hanify & King, P.C.  
One Beacon Street  
Boston, MA 02108-3107

Dated: April 1, 2005         /S/ Christopher R. Donato  
                               Christopher R. Donato  
                               Assistant U.S. Attorney