UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**
    Plaintiff(s)

   v.           CIVIL ACTION NO. 05-10255-MEL

**MARATHON INVESTMENT PARTNERS, LP**
    Defendant(s)

**JUDGMENT IN A CIVIL CASE**

**LASKER, S.D.J.**

**G** **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **IT IS ORDERED AND ADJUDGED :**

    In accordance with Order dated May 23, 2005. The United States Small Business Administration (SBA), is hereby appointed receiver ("the Receiver") of Marathon to serve without bond until further order of this Court.
    The United States Small Business Administration is entitled to a judgment in the total sum of $15,354,725.58, including principal of $14,450.000.00 and accrued interest and fees in the amount of $904,725.58 with a per diem rate of $3,280.72 as of December 10, 2004 up to the Date of entry of this Order, plus post judgment interest pursuant to 28 U.S.C. sec. 1961 as of the date of entry of this Order.

              SARAH THORNTON
              CLERK OF COURT

Dated: May 26, 2005       By /s/ George H. Howarth
                Deputy Clerk

NOTE:  The post judgment interest rate effective this date is ____%.

(Judgment Civil.wpd - 11/98)                                                                                                  [jgm.]