IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Civ. Action No. 05-10255 (MEL) |
| MARATHON INVESTMENT PARTNERS, LP ) | |
| Defendant. ) | |

### RECEIVER'S MOTION TO LIFT THE JUDICIAL STAY
### FOR A LIMITED PURPOSE

The United States Small Business Administration as court-appointed Receiver ("the Receiver") for Marathon Investment Partners, LP hereby moves this Court for entry of the proposed Order lifting the judicial stay imposed by this Court's Order entered May 23, 2005 ("the Receivership Order"), for the specific, limited purpose of allowing a bankruptcy involving one of Marathon's portfolio concerns to proceed without further order of this Court. The case is styled In re New Weathervane Retail Corp., Case No. 04-11649 and is currently pending in the United States Bankruptcy Court for the District of Delaware. After reviewing the financing documents and bankruptcy pleadings including the Motion to Dismiss the Bankruptcy and Distribute Funds to Creditors, the Receiver has determined that it is in Marathon's best interest for the bankruptcy action to proceed to adjudicate Marathon's status with respect to New Weathervane without further order of this Court.

For the reasons more fully set forth in the Receiver's Memorandum in Support of this Motion, the Receiver believes that lifting the stay for the limited purpose of allowing

the bankruptcy proceeding of New Weathervane to proceed is in the best interest of the Marathon receivership estate.

WHEREFORE, the Receiver respectfully requests this Court to grant this Motion and enter the Order filed simultaneously herewith.

                                          U.S. SMALL BUSINESS ADMINISTRATION
                                          as Receiver for Marathon Investment Partners, LP

Date: August 18, 2005       By: _____
                                          Arlene M. Embrey, Esq.
                                          Trial Attorney
                                          U.S. Small Business Administration
                                          409 3rd Street, S.W.
                                          Washington, D.C.  20416
                                          (202) 205-6976
                                          (202) 481-0324

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Receiver's Motion to Lift the Judicial Stay for a Limited Purpose, memorandum in Support thereof and proposed Order were sent via first class mail, postage prepaid, to the following on the 18th day of August, 2005.

Thomas F. Lee
BDC of New England
500 Edgewater Drive
Suite 555
Wakefield, MA 01180

Christopher R. Donato
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210

*Greene Embrey*
GREENE EMBREY