IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARATHON INVESTMENT PARTNERS, LP )<br>)<br>Defendant. )<br>) | Civ. Action No. 05-10255 (MEL) |

**MEMORANDUM IN SUPPORT OF RECEIVER'S MOTION FOR AN ORDER
TO LIFT THE JUDICIAL STAY FOR A LIMITED PURPOSE**

The United States Small Business Administration ("SBA"), as Receiver ("the Receiver") for Marathon Investment Partners, LP ("Marathon") by its Motion filed herewith, hereby moves this Court to lift the judicial stay imposed by this Court's Order entered May 23, 2005 ("the Receivership Order"), for the specific limited purpose of allowing a bankruptcy action involving a Marathon portfolio concern to proceed without further order of this Court. In re New Weathervane Retail Corp., Case No. 04-11649 and is currently pending in the United States Bankruptcy Court for the District of Delaware.

Pursuant to Paragraph 2 of the Receivership Order ("the Order"), the Receiver is empowered to assume and control the operations of Marathon and to pursue and preserve all of its claims. Pursuant to paragraphs 7 and 8 of the Receivership Order and the grant of exclusive jurisdiction conferred upon this Court by 15 U.S.C. §687, all parties to any litigation involving Marathon and its assets, including bankruptcy proceedings, are stayed and/or enjoined with respect to Marathon and its assets until this Court orders otherwise.

The official books and records of Marathon indicate that Marathon is the holder

of $2,000,000 in subordinated debt of, and is also an equity holder in, New Weathervane, the subject of the bankruptcy action. The nature of these proceedings is such that Marathon's creditor position and its equity ownership in New Weathervane, an asset of the Marathon receivership estate, will be affected. Therefore, this action falls squarely within the scope of this Court's May 23, 2005 Receivership Order.

One of the principal purposes of the injunctive provision of the Receivership Order is to provide the requisite time necessary for the Receiver to fully investigate the facts surrounding the assets of the receivership estate in order to determine the proper method of liquidating the assets. At the same time, the injunction prevents all others who may have a claim against the same asset from enforcing their claims to the possible detriment of the Receivership Estate.

In accordance with its duties under the Order, the Receiver has reviewed the relevant financing files and the pleadings regarding New Weathervane, including the proposed motion by the debtor in possession for dismissal of the bankruptcy and distribution of funds to creditors. The Receiver has determined that lifting the judicial stay imposed by this Court's May 23, 2005 Order for the specific, limited purpose of allowing the bankruptcy action of New Weathervane to proceed without further order of this Court is in the best interest of the Marathon receivership estate and that continuing the stay will not benefit the Marathon receivership estate. Accordingly, the Receiver respectfully requests that this Court grant its Motion for an Order Lifting the Judicial Stay for the specific limited purpose of allowing the bankruptcy action styled In re New Weathervane Retail Corp., Case No. 04-11649, currently pending in the United States Bankruptcy Court for the District of Delaware, to proceed without further order of this

Court and enter the proposed order filed simultaneously herewith.

                                            U.S. SMALL BUSINESS ADMINISTRATION
                                            As Receiver for Marathon Investment Partners, LP

Date: 8/18/05       By: _____
                                        ARLENE M. EMBREY, Esq.
                                        Trial Attorney
                                        U.S. Small Business Administration
                                        409 3rd Street, S.W.
                                        Washington, D.C. 20416
                                        (202) 205-6976
                                        (202) 481-0324