IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civ. Action No. 05-10255 (MEL) |
| MARATHON INVESTMENT PARTNERS, LP | ) |
| Defendant. | ) |

ORDER AUTHORIZING A LIFT OF THE JUDICIAL STAY
FOR A LIMITED PURPOSE

THIS CAUSE COMING on the Receiver's Motion to Lift the Judicial Stay for a Limited Purpose, and this Court being duly advised as to the merits:

**IT IS HEREBY ORDERED AND DECREED THAT:**

1. The Receiver's Motion is hereby granted in its entirety;

2. The judicial stay previously imposed in this proceeding by the Receivership Order is hereby lifted for the for the specific, limited purpose of allowing a bankruptcy action captioned In re New Weathervane Retail Corp., Case No. 04-11649, currently pending in the United States Bankruptcy Court for the District of Delaware to proceed without further order of this Court.

**SO ORDERED**

Dated: __August 23__, 2005
Boston, Massachusetts

_____
The Honorable Morris Lasker
United States District Court Judge