IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 05-10255 (MEL) |
| ) | |
| MARATHON INVESTMENT PARTNERS, LP ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER APPROVING THE FORM AND MANNER OF NOTICE TO
CLAIMANTS AND ESTABLISHING A CLAIMS BAR DATE**

This matter came upon the Motion of the U.S. Small Business Administration as Receiver for Marathon Investment Partners, LP for an Order Approving the Form and Manner of Notice to Claimants and Establishing a Claims Bar Date. After careful consideration, this Court, being duly advised on the merits of the Motion,

**HEREBY ORDERS AND DECREES THAT:**

1. The Receiver's Motion for entry of an Order Approving the Form and Manner of Notice to Claimants and Establishing a Claims Bar Date is GRANTED;

2. Following the entry of this Order, the Receiver is ORDERED to send notice, substantially in the form set forth as Exhibit "A" hereto, via first-class mail, postage prepaid, to those persons or entities, other than the U.S. Small Business Administration and parties contracted or retained by the U.S. Small Business Administration as Receiver, which the Receiver has reason to believe are creditors, agents, former directors or officers, employees, partners, participant investors or lenders with Marathon, portfolio concerns or limited partners of Marathon, and to any other

persons or entities who have, during the term of the receivership, asserted a claim (of whatever kind or merit) against Marathon, the receivership estate, or assets or funds in the possession of the Receiver;

    3.    The Receiver is further ORDERED to publish notice, substantially in the form set forth in Exhibit "A" hereto, once each week for two weeks in both *The Boston Globe* and the *Portland Herald Press*, both newspapers of general circulation;

    4.    This Court further ORDERS that it finds that notice provided in the form and manner described in Paragraphs 2 and 3 of this Order is reasonable notice, under the circumstances, to persons or entities who may have claims against Marathon, the receivership estate, or assets or funds in the possession of the Receiver;

    5.    All persons or entities having claims against Marathon, or the receivership estate, or assets or funds in the possession of the Receiver, other than the U.S. Small Business Administration and parties contracted or retained by the U.S. Small Business Administration as Receiver, are ORDERED to file such claims in writing and in the form prescribed in paragraph 6 of this Order, with the Receiver, c/o William Ash, Hollis-Meddings Group, Principal Agent, 666 11th Street, N.W., Suite 200, Washington, D.C. 20001, within thirty (30) days of the last day of notice by publication, which date will be stated in the mailed and published notices;

    6.    In setting forth a claim against Marathon, the receivership estate or assets or funds in the possession of the Receiver, all persons and entities are ORDERED to state in writing: (1) the full name and address and telephone number of the claimant; (2) the amount of the claim; (3) the specific grounds for each claim; and (4) the date on which the obligation was allegedly incurred by Marathon; and (5) to provide at the time of filing

such written claims any and all documents or other materials which the claimant believes supports the claim or might assist the Receiver in evaluating the claim;

7.  In the event that the Receiver recommends denial of any claim, it is ORDERED that the Receiver is authorized and directed to move for summary disposition of said claim(s) and to furnish a copy of the moving papers to the claimant(s); in such case the claimant may respond within 30 days, serving a copy of its response on the Receiver, and the Court will resolve said claim(s) expeditiously through a summary procedure that the Court will determine at that time; and

8.  To give effect to the "claims bar date" established in Paragraph 5 of this Order, by which date claims must be filed or shall forever be barred, it is further ORDERED that any persons or entities, other than the U.S. Small Business Administration and parties contracted or retained by the U.S. Small Business Administration as Receiver, which fail to file a claim against Marathon, the receivership estate, or assets or funds in the possession of the Receiver, in the form and by the time and date required by this Order, shall be forever barred and permanently enjoined from asserting, pursuing or prosecuting any such claims, of any kind or nature, whether now known or unknown, against Marathon, its Receiver, their successors or assigns, or against assets or funds in the possession of the Receiver.

SO ORDERED this 25 day of ___Jan.___ 2006, in Boston, Massachusetts.

_____
THE HONORABLE MORRIS LASKER
UNITED STATES DISTRICT COURT JUDGE

Copies To:

Christopher Donato
Assistant United States Attorney
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210
Telephone: (617) 748-3100
Facsimile: (617) 748-3971
E-mail: chris.donato@usdoj.gov

Arlene M. Embrey
Trial Attorney
U.S. Small Business Administration
409 Third Street, S.W., 7th Floor
Washington, DC  20416
Telephone: (202) 205-6976
Facsimile: (202) 481-0324
Email: arlene.embrey@sba.gov

William Ash
Hollis Meddings Group, Principal Agent
SBA Receivership Office
666 11th Street, NW Suite 200
Washington, DC 20001