**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| **v.** ) | Civ. Action No. 05-10255 (MEL) |
| ) | |
| MARATHON INVESTMENT PARTNERS, LP ) | |
| ) | |
| Defendant. ) | |

**RECEIVER'S MOTION FOR ENTRY OF AN ORDER APPROVING
THE RECEIVER'S NOTICE AND DETERMINATION OF CLAIMS,
AUTHORIZING PAYMENT OF APPROVED CLAIMS AND
ESTABLISHING SUMMARY DISPOSITION PROCEDURES**

COMES NOW the United States Small Business Administration ("SBA") as Receiver (the "Receiver") for Marathon Investment Partners, LP ("Marathon") and hereby moves this Court for entry of an Order approving the Receiver's Recommended Disposition of Claims, authorizing payment of claims and establishing a summary disposition procedure. A Memorandum in Support of this Motion and the Receiver's Notice of Recommended Disposition of Claims are filed simultaneously herewith.

Pursuant to this Court's Order dated January 25, 2006 ("Bar Date Order"), the United States Small Business Administration ("SBA" or "Receiver"), as Receiver for Marathon solicited claims against Marathon, the receivership estate, and assets or funds in the possession of the Receiver. The Bar Date Order required all claims, other than that of the U.S. Small Business Administration, be submitted to the Receiver to the attention of Hollis-Meddings Group, Principal Agent for the Receiver, by the claims bar date of March 31, 2006.

In response to the Receiver's solicitations, both via direct mailings to known prospective claimants as well as notices published once each week for two weeks in *The Boston Globe* and the *Portland Herald Press*, three (3) claims, in addition to the claim of SBA, were received by the claims bar date of March 31, 2006. One claim has been withdrawn and the Receiver is recommending that the other two be denied.

The Receiver is moving this Court for an Order (i) approving the Receiver's Notice of Recommended Disposition of Claims Received in Response to Claims Bar Date (the "Notice"), attached as Exhibit A to the Memorandum of Law in Support filed simultaneously herewith, and the recommendations therein; (ii) for authority to make payment on claims in the order and priority as stated therein; and (iii) establishing a summary disposition procedure for contested claims, if any.

WHEREFORE, the Receiver respectfully requests this Court to grant this Motion and to enter the proposed Order filed herewith.

Respectfully submitted,

U.S. Small Business Administration as
Receiver for Marathon Investment
Partners, LP

Dated: 7/12/06            By:   /s/ Arlene M. Embrey
                                                ARLENE M. EMBREY
                                Trial Attorney, SBIC Litigation/Liquidation
                                Office of General Counsel
                                U.S. Small Business Administration
                                409 Third Street, S.W., 7th Floor
                                Washington, D.C. 20416
                                Telephone:  (202) 205-6976
                                Facsimile:  (202) 481-0324
                                Email:  arlene.embrey@sba.gov

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 12th day of July, 2006, copies of the foregoing Motion for Order Approving Receiver's Recommended Disposition of Claims, Authorizing Payment of Approved Claims and Establishing Summary Disposition Procedures, Memorandum in Support, and attached Receiver's Notice and Determination of Claims Received in Response to the Claims Bar Date, and (Proposed) Order, were served by first class mail, postage prepaid, upon the following:

Thomas F. Lee
BDC of New England
500 Edgewater Drive
Suite 555
Wakefield, MA 01180

Christopher R. Donato
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Mr. Donald Brannelly
Vice President
Danversbank
One Conant Street
Danvers, MA 01923

Mr. Nelson R. Shaller
c/o John F. Drew, Esq. –
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110

Spencer Technologies, Inc.
c/o Charles Boisseau, Esq.
Boisseau & Dean LLP
155 South Main Street
Providence, RI 02903


/s Arlene Embrey__
Arlene Embrey
Trial Attorney, SBIC Litigation/Liquidation
Office of General Counsel
U.S. Small Business Administration
409 Third Street, S.W., 7th Floor
Washington, D.C. 20416

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civ. Action No. 05-10255 (MEL) |
|  | ) |
| MARATHON INVESTMENT PARTNERS, LP | ) |
|  | ) |
| Defendant. | ) |

**RECEIVER'S RECOMMENDED DISPOSITION OF CLAIMS RECEIVED
IN RESPONSE TO CLAIMS BAR DATE**

Pursuant to this Court's Order dated January 25, 2006 ("Bar Date Order"), this United States Small Business Administration ("SBA" or "Receiver"), as Receiver for Marathon Investment Partners L.P. ("Marathon"), solicited claims against Marathon, the receivership estate and assets or funds in the possession of the Receiver.  The Bar Date Order required all claims, other than that of the SBA, to be submitted by the Receiver by the claims bar date of March 31, 2006.  In response to the Receiver's solicitations, both via direct mailings to known prospective claimants as well as notices published once each week for two weeks in The Boston Globe and The Portland Press Herald, three (e) claims were received by the claims bar date of March 31, 2006. Pursuant to the Bar Date Order, SBA did not have to submit a claim for its judgment against Marathon.

In accordance with Paragraph 6 of the Memorandum in Support of the Receiver's Motion for an Order Approving Form and Manner of Notice to Claimants and Establishing a Claims Bar Date, the Receiver submits its recommendations to the Court and seeks summary disposition of the claims received, including the claim of the SBA.

**I.    RECEIVERSHIP BACKGROUND**

The United States of America filed a complaint against Marathon on December 10, 2004, based on Marathon's failure to satisfy its indebtedness to SBA. By Order dated May 23, 2005 ("Receivership Order"), this Court took exclusive jurisdiction of Marathon and all of its assets wherever located and appointed the SBA as Receiver for the purpose of liquidating all of Marathon's assets and satisfying the claims of creditors in the order of priority as determined by this Court. The Court also entered a Judgment in favor of SBA in the amount of $15,354,725.58 which includes principal of $14,450,000.00 and accrued interest and fees in the amount of $904,725.58 with a per diem rate of $3,280.72 as of December 10, 2004 to May 23, 2005 plus post judgment interest pursuant to 28 U.S.C. § 1961 as of May 23, 2005. There have been no payments made on the judgment to date.

**II. RECEIVER'S RECOMMENDED DISPOSITION
AND PRIORITY OF CLAIMS**

In order to determine the potential claims against Marathon, the Receiver and the receivership estate and in order to begin winding up the affairs of the receivership estate, the Receiver moved this Court for, and this Court established, the claims bar date procedure. Three (3) claims were submitted in response to the Bar Date Order. The following chart lists the three claims which were timely submitted to the Receiver in response to the Bar Date Order and the basis of the respective claims:

| **Name of Claimant** | **Amount of Claim** | **Basis of Claim** | **Receiver's Recommended Disposition** | **Pages in Report for Discussion** |
|---|---|---|---|---|
| Danversbank (a Limited Partner in Marathon) | $431,666.80 | Marathon was in violation of certain financial covenants with regard to debentures issued under its license agreement with the U.S. SBA. | Claim Withdrawn | 4 |
| Mr. Nelson R. Shaller (a Limited Partner in Marathon) | $863,334.38 | Amounts advanced pursuant to a Subscription Agreement with Marathon Investment Partners, LP dated May 29, 1998. | Denial | 5 |
| Spencer Technologies, Inc. (a portfolio company of Marathon) | Unspecified | For the continuation of the Company's rights under the Stockholders Agreement between Spencer and Marathon dated October 25, 1999 | Denial | 6 |

A.   **RECOMMENDED ALLOWED PRE- RECEIVERSHIP AND POST- RECEIVERSHIP CLAIMS FOR SUMS CERTAIN**

1.   ADMINISTRATIVE CLAIMS

Paragraph 5 of the Receivership Order directs that all administrative expenses of the Receiver shall have priority over all other claims of the receivership estate. Administrative claims are paid on a current basis. All presented and due invoices for administrative expenses have been paid to date. Paragraph 10 of the Receivership Order directs that any Receiver's certificates shall have priority over all other debts and obligations of marathon, excluding administrative expenses of the Receivership, whether presently existing or hereinafter incurred, including without limitation any claims of stockholders of Marathon. This, the Receiver is recommending payment of its

administrative expenses and Receiver's Certificates, if any.

2.      U.S. SMALL BUSINESS ADMINISTRATION ("SBA") -  Judgment

As discussed above, this Court entered a judgment against Marathon and in favor of SBA in the amount of $15,354,725.58, which includes principal of $14,450,000 and accrued interest and fees in the amount of $904,725.58 with a per diem rate of $3,280.72 as of December 10, 2004 to May 23, 2005 plus post judgment interest pursuant to 28 U.S.C. § 1961 as of May 23, 2005.  There have been no payments made on the judgment to date and the amount due as of July 7, 2006 is approximately $16,486,969.39 with interest accruing daily at a 3.32% post judgment interest rate.

The Receiver recommends that SBA judgment be paid after payment of all administrative expenses of the receivership and Receiver's Certificates, if any. The Receiver further recommends that the SBA claim be paid in partial payments as available receivership assets allow in order to reduce the amount of interest accruing on the judgment.  A copy of the Judgment is attached hereto as Exhibit 1.

**B.**      **CLAIMS FILED AND SUBSEQUENTLY WITHDRAWN:**

      Claimant:      Danversbank
      Amount of Claim:      $431,666.80

Danversbank is a Limited Partner of Marathon.   In substance, its claim seeks return of its investment in Marathon. Danversbank is not a creditor of Marathon to which money is due and owing; the purpose for filing the claim was to ensure that Danversbank is on record that it is an equity holder in Marathon and entitled to any distribution made to the equity holders.  The Receiver wrote Danversbank and informed it that nothing contained in the Receivership Order affects the Danversbank equity interest in Marathon; the filing of a claim does improve the equity holder position. Furthermore, Danversbank

is entitled to receive its distributive share of any surplus remaining at the termination of the receivership. Thereafter, Danversbank withdrew its claim. Copies of the claim dated March 14, 2006 (without supporting documents), the Receiver's letter to Danversbank dated May 10, 2006 containing an acknowledgement by Danversbank of the withdrawal of the claim are collectively attached as Exhibit B hereto and incorporated by reference herein.

C. <u>**CLAIMS OF GENERAL PARTNER AND LIMITED PARTNERS**</u>

The following limited partners submitted a claim against Marathon based on capital invested to purchase partnership interests in Marathon:

>   Claimant:           Mr. Nelson R. Shaller
>   Amount of Claim:    $863,334.38

As with Danversbank, Mr. Shaller is a limited partner of Marathon. Unlike Danversbank, Mr. Shaller did not respond to the Receiver's letter informing Mr. Shaller that nothing contained in the Receivership Order affects his equity interest in Marathon, that the filing of a claim does improve an equity holder position and that he is entitled to receive its distributive share of any surplus remaining at the termination of the receivership. The Receiver does not anticipate that there will be sufficient assets in the Marathon receivership estate, after payment of all administrative expenses of the receivership estate, to fully satisfy the SBA's judgment claim, and does not expect a distribution to general or limited partners of Marathon. Nevertheless, in the unlikely event that there are residual assets in the receivership estate, after full satisfaction of all administrative expenses and Court-approved creditor claims, the Receiver recommends that this Court allow the pro-rata distribution of residual receivership assets to the

Partners of Marathon, including Mr. Shaller and Danversbank, in accordance with provisions of the Agreement of Limited Partnership.

D. **CLAIMS TIMELY FILED WHICH THE RECEIVER RECOMMENDS DENIAL AND DISALLOWANCE:**

        Claimant:        Spencer Technologies, Inc
        Amount of Claim:  N/A

Spencer is a debtor and an equity portfolio concern of Marathon. In pertinent part, Spencer's March 30, 2006 claim, in which no amount or sum certain was specified, seeks continuation of its rights under the Stockholders Agreement between Spencer and Marathon, dated October 25, 1999. Spencer is not a creditor of Marathon to which money is due and owing.

The Receiver wrote Spencer by letter dated May 16, 2006 and informed the principals of Spencer that nothing contained in the Receivership Order entered May 23, 2005 affects Spencer's rights under the Stockholders Agreement. The Receiver recognizes Spencer as a debtor and equity portfolio concern of Marathon and acknowledges that Spencer's rights are governed by the Stockholders Agreement and any valid, subsequent amendment thereto, if any. The Receiver also requested that Spencer formally withdraw their Claim. Spencer has not responded to the Receiver's request. Given that Spencer is not a party to whom Marathon, the Receiver or the receivership state owes a monetary debt and is therefore not a claimant as contemplated by the Bar Date Order, the Receiver recommends that this claim be denied.

III. **RECOMMENDATION FOR COURT TO ORDER SUMMARY DISPOSITION PROCEDURE OF DENIED CLAIMS**

A copy of this Receiver's Notice of Recommended Disposition of Claims

<u>Received in Response to Claims Bar Date</u> has been sent by certified mail to the above-named claimants and to Marathon's limited partners at their last known addresses. Pursuant to Paragraph 6 of the Bar Date Order, in the event that the Receiver recommends denial of any claim, such claimant may respond within thirty (30) days and this Court will resolve said claim(s) expeditiously through a summary procedure as shall be determined by this Court. The Receiver respectfully recommends that this Court, based upon its review of this <u>Receiver's Notice of Recommended Disposition of Claims Received in Response to Claims Bar Date</u>, enter an Order establishing a summary procedure whereby claimants may respond, within thirty (30) days of service of the Receiver's Notice, to the Receiver's recommended disposition of claims.

## IV.    <u>CONCLUSION</u>

In sum and in addition to the request for the establishment by this Court of summary proceedings in the event a party objects to these recommendations, the Receiver recommends the following disposition and priority of claims against Marathon:

**A.    <u>CLAIMS THAT THE RECEIVER RECOMMENDS BE ALLOWED</u>:**

    1.    Administrative Expenses of the Receivership;

    2.    SBA Judgment. The Receiver recommends that payment of the SBA claim be made in partial payments after all court-approved claim and administrative expenses of the receivership estate have been satisfied and as available receivership assets permit. There is approximately $ 4,882,835.00 in the receivership

estate's bank account as of July 7, 2006. The Receiver is recommending that a partial payment be paid immediately to reduce interest accrual.

B. **CLAIMS THAT THE RECEIVER RECOMMENDS BE DENIED:**

1. The claim of Norman Shaller for an equity investment in the amount of $863,334.38; and

2. The claim of Spencer Technologies, Inc. for an unspecified amount.

Respectfully submitted,
U.S. Small Business Administration as
Receiver for Marathon Investment Partners, LP

Dated: July 7, 2006         By: /s/ William J. Ash
                                William J. Ash
                                Hollis Meddings Group,
                                Principal Agent for the Receiver

Ad Number: 2FTE0150
Client:
ID: Marathon Investment
Classification: LEGAL NOTICES
Size: 2x52
Begin Date: 02/17/2006
End Date: 02/17/2006

/US SMALL BUSINESS ADMINIST
666 ELEVENTH ST NW
SUITE 200
WASHINGTON, DC  20001

To place an ad, please call : 617-929-1500 or email to: classified@globe.com

# The Boston Globe
## CERTIFIED

Below is your advertisement from THE BOSTON GLOBE, beginning 02/17/2006 and ending 02/17/2006, appearing 1 time(s) in the Classification, LEGAL NOTICES.

*Thank you!*
**Boston Globe Advertising**
02/16/06 6:55 PM

---

**NOTICE TO ALL CREDITORS OR CLAIMANTS OF MARATHON INVESTMENT PARTNERS, LP**

By Order of the United States District Court for the District of Massachusetts dated January 25, 2006, persons or entities who wish to assert a claim against Marathon Investment Partners, LP ("Marathon") must do so by filing a written claim with the Receiver on or before Friday, March 31, 2006. All previously submitted claims against Marathon or its Receiver must be resubmitted in accordance with this Notice.

Marathon, a Delaware limited partnership whose principal place of business was formerly near Boston, Massachusetts, is a Small Business Investment Company ("SBIC") licensed by the U.S. Small Business Administration ("SBA"). Marathon has been in receivership since May 23, 2005 by Order of the United States District Court for the District of Massachusetts, Lasker, J., in Civil Action No. 05-cv-10255 captioned United States v. Marathon Investment Partners, LP.

Any person or entity asserting a claim against Marathon or its assets or funds in the hands of the Receiver, must do so in writing, and forward such claim to:

SBA,
Receiver for Marathon Investment Partners, LP
c/o Hollis Meddings Group, Principal Agent
attn: William Ash
666 11th Street, N.W., Suite 200
Washington, D.C. 20001-4542

Claims must be received no later than 5:00 p.m. E.S.T., Friday, March 31, 2006.

Your claim must state: (1) the full name, address and telephone number of the claimant; (2) the amount of the claim; (3) the specific grounds for each claim; (4) the date on which the obligation was allegedly incurred by Marathon or the Receiver; and (5) must attach all other documents or materials which support the claim, or which the Receiver might require in evaluating the claim. If you fail to provide any of the specified information, your claim will be deemed incomplete and untimely.

Failure to present a complete and timely claim to the Receiver on or before Friday, March 31, 2006 will result in your claim being forever barred, and you will not thereafter be able to make a claim against Marathon, or any other assets or funds in the possession of the Receiver.

U.S. Small Business Administration
as Receiver for Marathon Investment Partners, LP

10

Portland Press Herald / Friday, February 17, 2006

# PUBLIC NOTICES

**PUBLIC NOTICE**
**TOWN OF SCARBOROUGH**
**NOTICE OF PUBLIC HEARING**

The Scarborough Town Council will conduct a public hearing on Wednesday, March 1, 2006 at 7:30 p.m. at the Municipal Building. The purpose of the public hearing will be to receive comments, both oral and written on the renewal request of Andrew S. Cusack d/b/a Beechridge Speedway, Inc. for a full time liquor license.

2211759

**PUBLIC NOTICE**

**NOTICE TO ALL CREDITORS OR CLAIMANTS OF MARATHON INVESTMENT PARTNERS, LP**

By Order of the United States District Court for the District of Massachusetts dated January 25, 2006, persons or entities who wish to assert a claim against Marathon Investment Partners, LP ("Marathon") must do so by filing a written claim with the Receiver on or before Friday, March 31, 2006. All previously submitted claims against Marathon or its Receiver must be resubmitted in accordance with this Notice.

Marathon, a Delaware limited partnership whose principal place of business was formerly near Boston, Massachusetts, is a Small Business Investment Company ("SBIC") licensed by the U.S. Small Business Administration ("SBA"). Marathon has been in receivership since May 23, 2005 by Order of the United States District Court for the District of Massachusetts, Lasker, J. in Civil Action No. 05-cv-10255 captioned United States v. Marathon Investment Partners, LP.

Any person or entity asserting a claim against Marathon or its assets or funds in the hands of the Receiver, must do so in writing and forward such claim to:

SBA, Receiver for
Marathon Investment
Partners, LP
c/o Hollis Meddings
Group, Principal Agent
attn: William Ash
666 11th Street, N.W.,
Suite 200
Washington, D.C.
20001-4542

Claims must be received no later than 5:00 p.m. E.S.T., Friday, March 31, 2006.

Your claim must state: (1) the full name, address and telephone number of the claimant; (2) the amount of the claim; (3) the specific grounds for each claim; (4) the date on which the obligation was allegedly incurred by Marathon or the Receiver; and (5) must attach all other documents or materials which support the claim, or which the Receiver might require in evaluating the claim. If you fail to provide any of the specified information, your claim will be deemed incomplete and untimely.

Failure to present a complete and timely claim to the Receiver on or before Friday, March 31, 2006 will result in your claim being forever barred, and you will not thereafter be able to make a claim against Marathon, or any other assets or funds in the possession of the Receiver.

U.S. Small Business
Administration
as Receiver for
Marathon Investment
Partners, LP

---

**PUBLIC NOTICE**
**TOWN OF STANDISH AGENDA**
**ZONING BOARD OF APPEALS MEETING**
Monday, February 27, 2006 - Standish Municipal Center 7:30 PM

NEW BUSINESS:
01-02-27-06 Kathy and Rene Larrivee
Map 06 Lot 28
SPECIAL EXCEPTION: For retail sales over 2000 square feet, in the Village Center Zone.

To insure your participation in this meeting, we would appreciate your informing us of any special requirements you may have due to a disability by calling (207) 642-3461.

2107861

GO hear,
GO dance,
GO groove,
GO local.
GO

**Fax it!**
791-6910
Portland Press Herald
Maine Sunday Telegram
What Maine reads.

---

**PUBLIC NOTICE**

**REQUEST FOR PROPOSALS**

The Department of Health and Human Services, State of Maine, is seeking proposals for Clinical Pharmacist Consultant Services in the Office of MaineCare Services located in Augusta to support the HealthCare Management Division and MaineCare Program administration. Primary tasks include clinical review for prior authorization of designated prescriptions, member advocacy, provider liaison for prescription management and compliance intervention.

Detailed specifications may be obtained from Jan Yorks, Office of MaineCare Services, 11 State House Station, Augusta, ME 04333-0011, telephone number 207-287-8437.

Sealed proposals must be clearly marked "Office of MaineCare Services: Clinical Pharmacist Consultant Services" and be received by March 3, 2006 at 2:00 p.m. local time at the Division of Purchases, Burton Cross Bldg., 4th floor, 111 Sewall Street, 9 State House Station, Augusta, ME 04333-0009. Proposals will be publicly opened and the name of the bidders announced at the date, time, and place specified above. No other information will be made public prior to evaluation and contract award notification. Proposals received after the date and time specified will not be considered. There are no exceptions. The State reserves the right to reject any or all proposals.

2203213

---

**PUBLIC NOTICE**

**NOTICE OF SALE**
**F/V REBECCA & HEATHER**
**(O.N. 918270)**

Description of Vessel:
The vessel is a 45.5-foot wood-hull fishing vessel built in 1987 by Essex Shipyard Inc. in Ipswich, Massachusetts. It has been in storage at Journey's End Marina since October 2005.

Order of Sale:
In the United States District Court for the District of Maine, Civil Action Number 2:05-cv-00183-GZS, entitled "ROCKLAND SAVINGS AND LOAN v. F/V REBECCA & HEATHER (O.N.918270), her engines, machinery, equipment, masts, etc., in rem; and Malcolm Morrill of Warren, State of Maine, in personam," pursuant to an order of the United States District Court for the District of Maine, dated January 30, 2006, the...

---

**PUBLIC NOTICE**

The Portland Housing Authority has developed its Agency Plan in compliance with the Quality Housing and Work Responsibility Act of 1998. It is available for review at the Authority's office located at 14 Baxter Boulevard, Portland, Maine and at 2 Riverton Drive, 21 Popham Street, 211 Cumberland Avenue, 284 Danforth Street, 66 Pembroke Street, 34 W. Presumpscot Street and 58 Boyd Street, all located within the City of Portland, Maine. The Authority's hours of operation are 9:00 A.M. to 4:00 P.M. (closed 12:00 PM to 1:00 PM for lunch). In addition a public hearing will be held on April 6, 2006 at 5:30 P.M. in the Authority's office at 14 Baxter Boulevard, Portland, Maine. Everyone is invited.

2223061

---

## Classifieds

**General Help**

VETERINARY TECHNICIAN OR VET TECH ASSISTANT needed for small animal AAHA certified practice. Send resume to the Veterinary Center of Cape Elizabeth, 207 Ocean House Rd, Cape Elizabeth, ME 04107, or fax resume 799-1794.

YARMOUTH BASED CO. looking for experienced spray urethane insulation applicator. Must have valid driver's license. We offer health insurance, 401K, paid vacations. 846-7745

Visit our Website!
www.pressherald.com/classifieds

YARMOUTH BASED CO. looking for gutter installers. Must have valid driver's license. We offer health insurance, 401K, paid vacations. 846-7745

YARMOUTH BASED CO. looking for insulation installers. Must have valid driver's license. We offer health insurance, 401K, paid vacations. 846-7745

**Health Care**

CNA/PCA/PSS - full/part time, flex hrs, great pay & benefits. Able To Stay Home Care 499-0081

FRONT DESK RECEPTIONIST/SCHEDULER wanted for busy medical practice. Familiarity with computerized scheduling systems preferred. Exc. customer service skills & attention to detail a must. 40 hrs./week. Exc. benefits. Submit resumes to DCMA@OCalliant.com Fax: 207-775-0101

F/T CLINICAL ASSISTANT AND SURGICAL BOOKING PERSON Expanding surgical office in Portland seeking two individuals to join our team. Candidates must be mature, organized and able to work as a team in a fast paced office. Clinical assistant must have experience and surgical background. Pay DOE.
Please fax resume to: 207-878-1715

MEDICAL RECORD EXCELLENT OPPORTUNITY. Computer skills, attention to detail. $13 to $14 hr depending upon experience. Call 207-772-0119 or toll free 877-835-6027

ORTHODONTIC CLINICAL ASSISTANT - FT/PT. Falmouth orthodontist looking for hardworking, self-motivated, multi-tasking team player with a great attitude. Radiology license preferred.
Please e-mail tracy@mysupersmile.com or fax resume to 781-6050

RECEPTIONIST for specialty dental practice in Portland. Exp. pref'd, w/ basic computer knowledge. Full time w/ benefits. Must work well w/ prof. team. Fax resume to: 207-775-6552, or e-mail allinfamilymaine.rr.com

**Office Help**

ADMIN. ASSISTANT Typing, computer skills, 32 hrs. Fax resume to: 207-221-2556

CLERK full and part time, general office duties and skills $10/HR. Please call 221-1422

LOCAL PHYSICIAN'S OFFICE looking for a secretary/receptionist, 4 days per week.
207-646-0782

OFFICE HELP/LEGAL ASSISTANT NEEDED - 2 attorney office seeks legal assistant/office help for part or full-time position. Will train the right applicant. Send resume, salary requirement and writing sample to DeGrinney Law Offices,

**Professional**

NATIONAL WHOLESALE MORTGAGE LENDER seeks UNDERWRITER, CLOSER AND CLIENT MANAGER w/customer service mindset. Excellent computer/communications skills req. Fax/e-mail resume w/salary req. to: 352-690-0536 or jobs@taylorbean.com

PUBLIC RELATIONS COORDINATOR Entry level or 1 yr exp. Old Port marketing communications firm with strong client roster. Benefits. Candidate must have writing & computer skills, including internet capabilities. Send cover letter and resume to: rit@maine.rr.com

Real Estate Sales Associate needed to service the Kennebunkport region. Send Resume to: Real Estate Position PO Box 107, Kennebunkport, ME 04046

★ ★ ★
Increase the readership of your ad. Ask your Classified Advisor for stars.
Call 791-6100 now!

Real Estate Sales Associate needed to service the Biddeford Pool Region. Send Resume to Real Estate Position. 125 Mills Beach Road Biddeford, ME 04005

SCHOOL AGE CARE (SAC) COORDINATOR POSITION - located at Naval Air station Brunswick Boys and Girls Club of America affiliated program. Manage SAC program for children ages 6-12 and youth through age 18. Programs supports approximately 75 children for before and after school programs during the school year and 100 during the summer vacation months. Strong management and organizational skills needed. Supervises and trains staff, assists in budget preparation, maintains programs in accordance with dod regulations. Degree in a rec., leisure or equivalent work experience required. Salary range from $30 - $36,000 per year. Interested applicants submit a resume along with college transcripts to community support business office, attn: Lynn Ricker, 1a Simonpietri Drive, Newport RI 02841. EOE

**Restaurant & Hotel**

RESTAURANT MANAGER Excellent wages and benefits. Management experience required. Fax resume to 885-0205 or apply in person Portland House of Pizza, 1359 Washington Ave. after 2 p.m.

BUSY Old Port Restaurant seeks all positions back/front of house Apply within Bull Feeney's, 375 Fore St. 773-7210

CASA NOVELLO RESTAURANT is now hiring experienced waitstaff. Must be able to work ANY shifts. Please apply within at 694 Main St. Westbrook

COOK & PANTRY POSITIONS - day & night. Night plowing position. Please apply in person David's Restaurant, 22 Monument Square, Portland

DELIVERY DRIVERS $9.00-$15.00/hr. Apply in person after 2pm, 1359 Washington Ave.

EXP. BAR/WAITRESS FT. Apply in person Bridgeway Restaurant, 71 Ocean St. So. Port.

P/T OVERNIGHT HELP WANTED - Apply in person Tim Horton's, Westbrook, 150 Main St.

GENERAL MANAGER Growing, ambitious restaurant company

NOW INTERVIEWING for Sous Chef candidates & experienced Line Cooks for very busy restaurant. Send resumes to Portland Press Herald, Advertiser #2224034 P.O. Box 1460, Portland, ME 04103

PAT'S PIZZA in Yarmouth hiring exp. waitstaff. Apply within 846-3701

P/T BARTENDER WANTED - Experienced 25-30 hrs/wk. Light cooking involved. Please contact Val at 892-0234, leave msg.

P/T COOK - every other weekend cook needed for Ledgeview Assisted Living. Apply in person. 781-2408

**Sales & Marketing**

HELP WANTED Concord Homes of Lyman is looking for an experienced SALES REPRESENTATIVE for manufactured homes. Real Estate experience is a plus. Excellent opportunity for a motivated individual with a high degree of people & customer service skills. Contact Wayne at 207-499-7561

HIGH VOLUME - Fast paced specialty mattress & furniture retailer has opportunities for 2 P/T Sales Associates. Paid vacation, paid holidays, salary above $34K. P/T positions also available. Apply in person at Beddesmart, 55 Foden Rd, So. Portland, ME 04106. 774-4731.

LOOK
Outgoing Individual needed to service & sell est. accts. Exc. income & benefits. Terri/ 329-0446.

**Antiques & Collectibles**

COMPLETE SET OF 1957 TOPPS BASEBALL CARDS. $5700. Call 773-1563.

GLASS COFFEE TABLE with mahogany base, Brand new $150. 207-642-6558

OAK ROLLTOP DESK disassembled $350. 207-833-7517 Judy_m59@yahoo.com WebPix#2824

WANTED - old postcards/photographs, stamps, letters, accumulations. Top prices pd. 799-7890

**Appliances**

GE STOVE, black, self cleaning, like new, $250. White side by side refrig. Kenmore, w/ ice maker $250. 797-8367

WHIRLPOOL STOVE. Alabaster, self-cleaning. like new. $200. 772-2627

**Articles for Sale-Misc**

1994 TRAILER - galvanized 4'x8' with removable wood sides, jack stand, as new. $575/best. 353-3585

6'X10' COVERED TRAILER - $2,000. Also Chipper $500 883-3958

8 HP TORO SNOW BLOWER - $250. 799-2558

ORLANDO/DISNEY AREA - 7/6 nights stay, pool $600 sell for $199, good for one year, call 207-264-1433

SNOWBLOWER - Honda 5 HP (HS 520AS), elec. start, 4 stroke, compact, like new. $799 new, $500/best. 207-590-3717 WebPix#2823

**Building Materials**

CONCRETE FOUNDATIONS - Advance 4 bar forming system. Used 1 year. $12,500. Call Ben @ 603-533-8005

KITCHEN CABINETS, complete pkg, remodeled my kitchen and I have around 50' of base units and cabinets. Nice tile color and in good condition. $700. 286-2321

NEW OAK BATHROOM VANITY - with mirror still in box $200 Call 775-5390

SAVE $500. New kitchen cabs/countertop, still boxed/ oak cabs & solid surface countertop, call for details/layout 775-5390

**Furniture/Household**

FOR SALE - BEAUTIFUL QUEEN SIZE - 4 post metal bed. Head & foot board, side rails painted white, could be any color, must see. $175/best. 207-797-6029

LG LEATHER SECTIONAL SOFA Forest Green w/recliner & pull out bed, good cond. $350 new, $490/best offer 797-7699

RELAX THE BACK, ZERO GRAVITY RECLINER. Exc. cond. $2000 new. $1420 best. 797-7699

STICKLEY TRIPLE BOOK CASE oak w/glass drs.12 pair dr., miter mullions keyed through tenon construction, hammered copper hardware $2,500. 653-4762.

WING CHAIR - great cond. very comfortable. nice plush fabric. great for home or office. $200.00. Call Laura at 839-9142 or 655-3075

Visit Our Website www.pressherald.com/classifieds

**Home Entertainment**

61" SAMSUNG DLP PROJECTION TV. Purchased at ME Mall 9/05. Mint cond. $1450. 776-3058

**Machinery & Tools**

CUB CADET model 2176 lawn tractor, 2002, 42" cut, bagger, 42" snow thrower attach, good cond. $2500 207-885-0486

**Musical Instruments**

1945 MARTIN 0-17, sound playability, increases, HSC, $2500. 207-293-2389

MOVING MUST SELL 5'3" Yamaha disklavier grand piano with player unit, ivory mover Black ebony finish, like new. $18,000/best. 885-6011

PIANO - Everett Studio, great cond. $800/best. 829-4777

**Plants, Mulch & Fertilizer**

INVACARE - elec scooter, new batteries, tires, exc. $1,600 854-1324

**Financial**

Business Opportunities

Ad Number: 2HBS0080
Client ID:
Classification: Marathon Investment
Size: LEGAL NOTICES
Begin Date: 2x52
End Date: 02/24/2006
02/24/2006

/US SMALL BUSINESS ADMINIST
666 ELEVENTH ST NW
SUITE 200
WASHINGTON, DC 20001

To place an ad, please call : 617-929-1500 or email to: classified@globe.com

# The Boston Globe
## CERTIFIED

Below is your advertisement from THE BOSTON GLOBE, beginning 02/24/2006 and ending 02/24/2006, appearing 1 time(s) in the Classification, LEGAL NOTICES.

Thank you!
**Boston Globe Advertising**
02/23/06 7:10 PM

**NOTICE TO ALL CREDITORS OR CLAIMANTS OF MARATHON INVESTMENT PARTNERS, LP**

By Order of the United States District Court for the District of Massachusetts dated January 25, 2006, persons or entities who wish to assert a claim against Marathon Investment Partners, LP ("Marathon") must do so by filing a written claim with the Receiver on or before Friday, March 31, 2006. All previously submitted claims against Marathon or its Receiver must be resubmitted in accordance with this Notice.

Marathon, a Delaware limited partnership whose principal place of business was formerly near Boston, Massachusetts, is a Small Business Investment Company ("SBIC") licensed by the U.S. Small Business Administration ("SBA"). Marathon has been in receivership since May 23, 2005 by Order of the United States District Court for the District of Massachusetts, Lasker, J., in Civil Action No. 05-cv-10255 captioned United States v. Marathon Investment Partners, LP.

Any person or entity asserting a claim against Marathon or its assets or funds in the hands of the Receiver, must do so in writing, and forward such claim to:

SBA,
Receiver for Marathon Investment Partners, LP
c/o Hollis Meddings Group, Principal Agent
attn: William Ash
666 11th Street, N.W., Suite 200
Washington, D.C. 20001-4542

Claims must be received no later than 5:00 p.m. E.S.T., Friday, March 31, 2006.

Your claim must state: (1) the full name, address and telephone number of the claimant; (2) the amount of the claim; (3) the specific grounds for each claim; (4) the date on which the obligation was allegedly incurred by Marathon or the Receiver; and (5) must attach all other documents or materials which support the claim, or which the Receiver might require in evaluating the claim. If you fail to provide any of the specified information, your claim will be deemed incomplete and untimely.

Failure to present a complete and timely claim to the Receiver on or before Friday, March 31, 2006 will result in your claim being forever barred, and you will not thereafter be able to make a claim against Marathon, or any other assets or funds in the possession of the Receiver.

U.S. Small Business Administration
as Receiver for Marathon Investment Partners, LP

12





[Newspaper page (rotated 180°) containing classified advertisements and public notices, including a "NOTICE OF SALE" for F/V REBECCA & HEATHER (O.N. 918270) in U.S. District Court, District of Maine, Civil Action No. 05-00183-GZS, and a "NOTICE TO ALL CREDITORS & CLAIMANTS OF MARATHON INVESTMENT PARTNERS, LP" public notice. Page number 14.]




IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. Action No. 05-10255 (MEL) |
| **MARATHON INVESTMENT PARTNERS, LP** | ) ) ) | |
| Defendant. | ) ) | |

# ORDER

This matter came before the Court on the Motion for Entry of an Order Approving the Receiver's Notice and Determination of Claims, Authorizing Payment of Approved Claims and Establishing Summary Disposition Procedures filed by the U. S. Small Business Administration ("SBA") as Receiver ("Receiver") for Marathon Investment Partners, LP ("Marathon").  After reviewing the pleadings,

**IT IS HEREBY ORDERED THAT**:

1. The Receiver's Motion for Entry of an Order Approving the Receiver's Notice and Determination of Claims, Authorizing Payment of Approved Claims and Establishing Summary Disposition Procedure is **GRANTED**; and

2. The Receiver's Notice and Determination of Claims Received in Response to the Claims Bar Date, and the Receiver's recommendations therein are **APPROVED**; and

3. The Receiver is authorized to pay the following claims in the following order of priority, to the extent of available receivership assets, and the following claims are hereby **APPROVED**:

    a) First, any and all administrative expenses of the receivership estate as

reported in the Receiver's Reports to this Court;

      b)      Second, any future outstanding Receiver's Certificates, should the Receiver make such borrowings from the SBA in the future, plus accrued interest;

      c)      Third, to the Judgment entered by this Court in favor of the U.S. Small Business Administration ("SBA") on May 23, 2005 in the total amount of $15,354,725.58, plus post-judgment interest. The Receiver is hereby authorized to make partial payments from receivership funds to the SBA in partial satisfaction of the Judgment in such amounts as the Receiver deems appropriate, without further prior order of this Court; and

      4.      After the SBA Judgment is paid in full, any surplus shall be distributed to the equity shareholders of Marathon on a *pro rata* basis; and

      5.      The following claims are hereby **DENIED**:

      a)      The claim of Mr. Nelson Shaller in the amount of $863,334.38;

      b)      The claim of Spencer Technologies, Inc. in an unspecified amount.

      6.      Any claimant who opposes the Receiver's recommended disposition of its claim, which recommended disposition is hereby approved and ratified by this Court, is hereby ordered either to file a Motion objecting to the Receiver's recommended disposition of its claim, together with a Memorandum in support of its Motion setting forth the specific factual and legal grounds on which it objects to the Receiver's recommended disposition, and a proposed Order, within 30 days from the date of service of a copy of this Order by the Receiver on the claimant, or such claimant's claim shall be forever barred and deemed to be null and void, and such claimant shall be permanently enjoined from asserting, pursuing or prosecuting any such claim against Marathon, its

Receiver, their successors or assigns, or against assets or funds in the possession of the Receiver. The claimant is further ordered to serve copies of its Motion, Memorandum and all exhibits thereto, and proposed Order on the attorney for the Receiver via first class mail, postage prepaid; and

      7.    The Receiver is hereby authorized to file an Opposition to any such Motion, and Memorandum in Support of its Opposition, together with a proposed Order, within 30 days after receipt of claimant's Motion, Memorandum, and proposed Order; and

      8.    This Court will resolve any Claimant's objection on the basis of the claim documents previously submitted to the Receiver, the Notice and Determination of Claims filed herein by the Receiver, the claimant's Motion in objection, and the Receiver's opposition thereto, without hearing, unless this Court, *sua sponte*, orders otherwise; and

      9.    The Receiver is ordered to serve a copy of this Order on each Claimant at its last known address, via first class mail, postage prepaid, and to file a Certificate of Service with the Clerk of this Court; and

      10.    This Order shall become a Final Order thirty (30) days after service hereof by the Receiver with respect all claimants, as well as all other persons who failed to file claims pursuant to the terms of the Court's Order establishing the Claims Bar Date, except for any claimant which files a Motion objecting to the Receiver's recommended disposition of its claim, together with a Memorandum in support of its Motion as set forth in paragraph 6, above, and all such persons shall be forever barred and shall be permanently enjoined from asserting, pursuing or prosecuting any pre-Bar Date Claim

against Marathon, the Receiver, their successors or assigns, or against assets or funds in the possession of the Receiver.

SO ORDERED this __ day of _____ 2006, in Boston, Massachusetts.

_____
THE HONORABLE MORRIS LASKER
UNITED STATES DISTRICT COURT JUDGE