IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civ. Action No. 05-10255 (MEL)<br>) |
| **MARATHON INVESTMENT PARTNERS, LP** | )<br>) |
| Defendant. | )<br>) |

**RECEIVER'S MOTION FOR AN ORDER LIFTING THE
JUDICIAL STAY FOR A LIMITED PURPOSE**

The United States Small Business Administration ("SBA"), as Receiver ("the Receiver") for Marathon Investment Partners, LP ("Marathon") hereby moves this Court to lift the judicial stay imposed by this Court's Order entered May 26, 2005 ("the Receivership Order"), for the specific limited purpose of allowing the Receiver to initiate and litigate a breach of contract action against various limited partners who have defaulted on the payment of their financial commitment to Marathon pursuant to the terms of Marathon's Agreement of Limited Partnership. The proposed action is to be filed in this Court.

For the reasons more fully described in the Memorandum of Law filed simultaneously herewith, the Receiver respectfully requests that this Court grant its

Motion and enter the proposed order submitted herewith.

                                                      Respectfully submitted,
                                                     U.S. Small Business Administration as
                                                     Receiver for Marathon Investment
                                                     Partners, LP

Dated: 9/6/06                    By:    /s/ Arlene M. Embrey
                                                   Arlene M. Embrey
                                                   Trial Attorney, SBIC Litigation/Liquidation
                                                   Office of General Counsel
                                                   U.S. Small Business Administration
                                                   409 Third Street, S.W., 7th Floor
                                                   Washington, D.C. 20416
                                                   Telephone:   (202) 205-6976
                                                   Facsimile:   (202) 481-0324
                                                   Email:  arlene.embrey@sba.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civ. Action No. 05-10255 (MEL) |
| MARATHON INVESTMENT PARTNERS, LP | ) |
| Defendant. | ) |

**ORDER AUTHORIZING A LIFT OF THE JUDICIAL STAY
FOR A LIMITED PURPOSE**

THIS CAUSE COMING on the Receiver's Motion to Lift the Judicial Stay for a Limited Purpose, and this Court being duly advised as to the merits:

**IT IS HEREBY ORDERED AND DECREED THAT:**

1. The Receiver's Motion is granted in its entirety;

2. The judicial stay previously imposed in this proceeding by the Receivership Order is hereby lifted for the for the specific, limited purpose of allowing the Receiver to initiate and litigate Marathon's causes of action against the limited partners who have defaulted in the payment of their obligations to Marathon. The action will be filed in this Court.

**SO ORDERED** this _____ day of _____, 2006, in Boston, Massachusetts.

_____
THE HONORABLE MORRIS LASKER
UNITED STATES DISTRICT COURT JUDGE