IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civ. Action No. 05-10255 (MEL) |
| MARATHON INVESTMENT PARTNERS, LP | ) |
| Defendant. | ) |

**MEMORANDUM OF LAW IN SUPPORT OF RECEIVER'S MOTION
FOR AN ORDER LIFTING THE JUDICIAL STAY FOR A LIMITED PURPOSE**

In support of its Motion for an Order Lifting the Judicial Stay for a Limited Purpose, the United States Small Business Administration ("SBA"), as Receiver ("the Receiver") for Marathon Investment Partners, LP states as follows:

By its Motion, the Receiver seeks leave to bring an action for breach of contract against the named limited partners of Marathon for failure to honor their financial commitments to Marathon. The action is to be filed in this Court.

**BACKGROUND**

Marathon is a Delaware limited partnership, having filed its Certificate of Partnership on May 29, 1998 with the Delaware Secretary of State. Marathon was licensed by SBA as a Small Business Investment Company ("SBIC") in September 30, 1998. Pursuant to separate Subscription Agreements ("the Agreements"), which incorporated the provisions of Marathon's Agreement of Limited Partnership ("ALP"), Marathon's limited partners committed to invest in Marathon. In accordance with Section 4 of the ALP, incorporated by each of the Agreements, the limited partners

agreed to honor capital calls, up to their commitment amount, that were made by the general partner of Marathon in accordance with the ALP.

By order ("the Order") dated May 26, 2005 (Docket No. 18), this Court appointed SBA as receiver of Marathon.  Pursuant to paragraph 2 of the Order, the general partner was dismissed and the Receiver was granted all the authority and powers of the general partner.  Paragraph 2 of the Order also instructed the Receiver to assume and control Marathon's operations and ordered the Receiver to pursue and preserve all of Marathon's claims.

In accordance with the mandates of the Order to preserve and pursue all of Marathon's claims, the Receiver notified each limited partner of the Receiver's appointment.  By letter dated June 9, 2006, and in accordance with Section 4.2 of the ALP, the Receiver made formal demand upon the limited partners and demanded payment in full by June 23, 2006.  No payments have been received and no payment arrangements have been made by a number of limited partners for the amounts due and owing Marathon under their respective Agreements.  While the Receiver has collected over $1.4million in unfunded commitments, the amount still outstanding and due Marathon totals over $850,000.00

## **DISCUSSION**

One of the principal purposes of the injunctive provision of the Receivership Order is to provide the requisite time necessary for the Receiver to fully investigate the facts surrounding the assets of the receivership estate in order to determine the proper method of liquidating the assets.  At the same time, the injunction prevents all others who may have a claim against the same asset from enforcing their claims to the possible

detriment of the Receivership Estate.  The Receiver reviewed all of the corporate documents, including the ALP and the Agreements, and has attempted to collect the debt owed Marathon by the defaulting limited partners without the institution of legal proceedings to no avail.

The Receiver has concluded that lifting the stay to allow the Receiver to pursue and litigate Marathon's causes of action against the defaulting limited partners is in the best interest of the receivership estate and that continuing the stay will not benefit the Marathon or the receivership estate.  Accordingly, the Receiver respectfully requests that this Court grant its Motion and enter the proposed order submitted herewith.

Respectfully submitted,
U.S. Small Business Administration as
Receiver for Marathon Investment
Partners, LP

Dated: 9/6/06                    By:      /s/ Arlene M. Embrey
                                          Arlene M. Embrey
                                          Trial Attorney, SBIC Litigation/Liquidation
                                          Office of General Counsel
                                          U.S. Small Business Administration
                                          409 Third Street, S.W., 7th Floor
                                          Washington, D.C. 20416
                                          Telephone:   (202) 205-6976
                                          Facsimile:   (202) 481-0324
                                          Email:  arlene.embrey@sba.gov