IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civ. Action No. 05-10255 (MEL) |
|  | ) |
| MARATHON INVESTMENT PARTNERS, LP | ) |
|  | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing Motion of the U.S. Small Business Administration, as Receiver for Marathon Investment Partners, LP for an Order Lifting the Judicial Stay for a Limited Purpose, Memorandum of Law in Support thereof and the proposed Order has been made this 6th day of September, 2006, by mailing a copy thereof by first class mail, postage prepaid to:

Thomas F. Lee
BDC of New England
500 Edgewater Drive
Suite 555
Wakefield, MA 01180

Christopher R. Donato
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210


/s/ Arlene Embrey_____
Arlene Embrey

1