IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 05-10255 (MEL) |
| ) | |
| MARATHON INVESTMENT PARTNERS, LP ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OF LAW IN SUPPORT OF RECEIVER'S MOTION FOR APPROVAL AND CONFIRMATION OF FIRST RECEIVER'S REPORT FOR THE PERIOD MAY 26, 2005 THROUGH JULY 31, 2006**

In support of its Motion for Approval and Confirmation of the First Receiver's Report for the Period May 26, 2005 through July 31, 2006, the United States Small Business Administration ("SBA") as Receiver ("the Receiver") for Marathon Investment Partners, LP ("Marathon") states as follows:

By order dated May 26, 2005 ("the Receivership Order"), this Court appointed the Receiver, whose duties include marshaling and liquidating the assets of Marathon. Through the First Receiver's Report, attached hereto as Exhibit A, the Receiver seeks to inform the Court as to its progress in carrying out its duties and seeks approval from this Court for the actions it has undertaken in fulfillment of these duties. Although there is no requirement that a Receiver's Report be filed, the SBA in its capacity as receiver for numerous small business investment companies ("SBICS") throughout the country has made it a standard practice to file these reports with the respective receivership court on a yearly basis.

The filing of a Receiver's Report, and the Order confirming the Receiver's actions, allows the Receiver to keep the Court informed as to the status of the property which the Receiver possesses and which is considered to be the property of the Court. The filing of a Receiver's Report and the confirmation thereof by the Receivership Court also sanctions the Receiver actions undertaken in fulfillment of its duties as decreed in the Receivership Order.  See generally Clark's on Receiver's, Vol. 2 §382   (W.H. Anderson & Co. 1959 & Supp. 1968).

For the foregoing reasons, the Receiver respectfully requests that this Court grant its Motion and enter the proposed Order filed simultaneously herewith.

                Respectfully submitted,

                U.S. Small Business Administration as
                Receiver for Marathon Investment
                Partners, LP

Dated: 9/7/06                By:    /s/ Arlene M. Embrey
                                    ARLENE M. EMBREY
                                    Trial Attorney, SBIC Litigation/Liquidation
                                    Office of General Counsel
                                    U.S. Small Business Administration
                                    409 Third Street, S.W., 7th Floor
                                    Washington, D.C. 20416
                                    Telephone:   (202) 205-6976
                                    Facsimile:   (202) 481-0324
                                    Email:  arlene.embrey@sba.gov