**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing Motion of the U.S. Small Business Administration, as Receiver for Marathon Investment Partners, LP for an Order Approving and Confirming the First Receiver's Report for the Period May 26, 2005 Through July 31, 2006, Memorandum of Law in Support thereof with exhibits and the proposed Order has been made this 7th day of September, 2006, by mailing a copy thereof by first class mail, postage prepaid to:

Thomas F. Lee
BDC of New England
500 Edgewater Drive
Suite 555
Wakefield, MA 01180

Christopher R. Donato
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210

James W. Milton
20 Hemlock Road
Short Hills, NJ 07078

James W. Milton
12101 Turtle Beach Road
North Palm Beach, Florida 33408

Nelson R. Shaller
139A Hoyt Avenue
Mamaroneck, NY 10543

Thomas J. Litle
Litle & Co., LLC
900 Chelmsford Street
Tower Three
Lowell, MA 01851

David H. Weener
Nucon Capital Corporation
225 Franklin Street, Suite 2720
Boston, MA 02110-2880

Thomas A. Rosse
Rosse Enterprises
185 Devonshire Street, 9th Floor
Boston, MA 02110

Rhonda Lackey
VP Treasury
Citizens Bank
1 Citizens Plaza, 2nd Floor
Providence, RI 02903

Deogracias Magcalas
VP, Citizens Bank
770 East Warm Springs Road
Suite 300
Las Vegas, NV 89119

Donald Brannelly
Vice President
Danversbank
One Conant Street
Danvers, MA 01923

Kirk Walters
EVP & CFO
Chittenden Bank
2 Burlington Square
Burlington, VT 05401

William J. Ryan
Chairman
TD Banknorth
Two Portland Square
Portland, ME 04101

Stefan Backhus
Bank of America /
BancBoston Investments Inc.
231 South LaSalle Street, 12th Floor
Chicago, Ill. 60697
Mail stop IL1-231-12-37

Mr. Thomas M. Whitney
19 Balcarres Road
Newton, MA 02165

Mr. Paul Bolger
23 Lindsay Lane
Reading, MA 01867

Clifford J. Lusso
24 Campbell Road
Middleton, MA 01949

Mr. Peter A. Phelps
291 Appleton Street
No. Andover, MA 01845-3112

Mr. Thomas F. Lee
124 Miles Road
So. Hamilton, MA 01982


/s/ Arlene Embrey_____
Arlene Embrey