IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> MARATHON INVESTMENT PARTNERS, LP </br></br> Defendant. | Civ. Action No. 05-10255 (MEL) |

## ORDER AUTHORIZING A LIFT OF THE JUDICIAL STAY
## FOR A LIMITED PURPOSE

THIS CAUSE COMING on the Receiver's Motion to Lift the Judicial Stay for a Limited Purpose, and this Court being duly advised as to the merits:

**IT IS HEREBY ORDERED AND DECREED THAT:**

1. The Receiver's Motion is granted in its entirety;

2. The judicial stay previously imposed in this proceeding by the Receivership Order is hereby lifted for the for the specific, limited purpose of allowing the Receiver to initiate and litigate Marathon's causes of action against the limited partners who have defaulted in the payment of their obligations to Marathon. The action will be filed in this Court.

SO ORDERED this _25_ day of _Sept_, 2006, in Boston, Massachusetts.

_____
THE HONORABLE MORRIS LASKER
UNITED STATES DISTRICT COURT JUDGE