IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARATHON INVESTMENT PARTNERS, LP ) <br> ) <br> Defendant. ) <br> ) | Civ. Action No. 05-10255 (MEL) |

## ORDER

THIS CAUSE COMING on the Motion for an Entry of an Order Approving and Confirming the First Receiver's Report for the Period May 26, 2005 through July 31, 2006 filed by the United States Small Business Administration, the court-appointed receiver ("the Receiver") for Marathon Investment Partners, LP in this action, and this Court having considered the Motion and the First Receiver's Report, and the exhibits thereto, and being duly advised as to the merits:

**IT IS HEREBY ORDERED THAT**

1. The Receiver's Motion is granted in its entirety; and

2. The First Receiver's Report for the period through and every act, transaction and receipt and disbursement reported therein, are hereby approved and confirmed;

3. This Court authorizes the Receiver to abandon further collection efforts with respect to New Weathervane Retail Corp. on the basis that the Receiver has received

its final distribution from the New Weathervane bankruptcy estate.

**SO ORDERED** this _____25_____ day of _____Sept_____, 2006.

_____
THE HONORABLE MORRIS LASKER
UNITED STATES DISTRICT COURT SENIOR JUDGE