IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 05-10255 (MEL) |
| ) | |
| **MARATHON INVESTMENT PARTNERS, LP** ) | |
| ) | |
| Defendant. ) | |

**RECEIVER'S MOTION FOR MODIFICATION OF THE FINAL ORDER WINDING UP
AND CLOSING THE RECEIVERSHIP, TERMINATING THE RECEIVERSHIP,
AND DISCHARGING THE RECEIVER**

COMES NOW the United States Small Business Administration in its capacity as court appointed receiver ("the Receiver") for Marathon Investment Partners, LP ("Marathon") and hereby moves this Court for entry of an order modifying certain terms of the Order ("Final Order") entered by this Court on August 8, 2007 (Docket No. 39) that approved the form and manner for winding up and closing the Marathon receivership estate and discharging the Receiver.

In sum, the Receiver has learned that the windup process, including the disposition and assignment of Marathon's remaining assets as described in paragraph 10 of the Final Order, may take longer than the 90 days previously requested by the Receiver and granted by this Court at paragraph 5 of the Final Order. Therefore, the Receiver is requesting that the Court grant the Receiver a total of 180 days in which to close the receivership estate. As more fully described in Memorandum of Law in support of this Motion, filed simultaneously herewith, the Receiver believes that entry of the proposed order filed simultaneously with this Motion is in the best

1

interest of the receivership estate.

    WHEREFORE, the Receiver respectfully requests that this Court grant the Receiver's Motion and enter the proposed Order submitted herewith.

                                      Respectfully submitted,

                                      U.S. Small Business Administration as
                                      Receiver for Marathon Investment Partners, LP

Dated: 10/15/07                By:    /s/ Arlene M. Embrey
                                                Arlene M. Embrey
                                                Trial Attorney, SBIC Litigation/Liquidation
                                                Office of General Counsel
                                                U.S. Small Business Administration
                                                409 Third Street, S.W., 7th Floor
                                                Washington, D.C. 20416
                                                Telephone:   (202) 205-6976
                                                Facsimile:   (202) 481-0324
                                                Email:  arlene.embrey@sba.gov

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion of the U.S. Small Business Administration, Receiver for Marathon Investment Partners, LP for Entry of a Final Order Approving and Confirming the Final Receiver's Report, Approving the Form and Manner for Winding Up and Closing the Receivership, Terminating the Receivership, and Discharging the Receiver, Memorandum of Law in Support thereof and proposed "Final Order" were served by first class mail, postage prepaid, on this 15th day of October upon the following :

Thomas F. Lee
BDC of New England
500 Edgewater Drive
Suite 555
Wakefield, MA 01180

Christopher R. Donato
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210

/s/ Arlene M. Embrey
Arlene M. Embrey

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
**UNITED STATES OF AMERICA,**       )
                                    )
       **Plaintiff,**           )
                                    )
       v.                       ) Civ. Action No. 05-10255 (MEL)
                                    )
**MARATHON INVESTMENT PARTNERS, LP** )
                                    )
       **Defendant.**           )
_____)

## MODIFIED FINAL ORDER

This matter came upon the Motion of the U.S. Small Business Administration as Receiver for Marathon Investment Partners, LP for Modification of the Order for Entry of a Final Order Approving and Confirming the Second and Final Receiver's Report, Approving the Form and Manner of Procedure for Winding Up and Closing the Receivership, Terminating the Receivership, and Discharging the Receiver. After careful consideration, this Court, being duly advised on the merits of the Motion,

**HEREBY ORDERS AND DECREES THAT:**

    1.    The Receiver's Motion is granted in its entirety and the Final Order entered August 8, 2007 (Docket No. 39) is modified as follows:

    2.    The Receiver's agents are hereby ordered to perform all final administrative and accounting tasks necessary to windup and close the Marathon receivership estate in an orderly manner, and to discharge the Receiver and its agents. These tasks include, but are not limited to the following: a) finalizing the accounting books and records of Marathon and closing the receivership bank account; b) delivering the files and records of Marathon to the Federal Record Center, with the exception of those pre-receivership corporate files

of Marathon that will be delivered to Marathon's General Partner, Marathon Investment Partners, GP, LLC, c/o Tom Lee, 500 Edgewater Drive Suite 555, Wakefield, MA 01180; and c) transferring the remaining Marathon assets to SBA in partial satisfaction of SBA's judgment against Marathon. The Receiver will undertake and complete these tasks within one hundred and eighty days (180) days after August 8, 2007.

      3.    This Court approves and confirms the form and manner of procedures for winding up and closing the Marathon receivership as set forth in the Memorandum of Law in Support of the Motion filed by the Receiver. Within one hundred and eight days (180) days from August 8, 2007, the Receiver and its agents shall perform any and all final administrative and accounting tasks necessary to implement the provisions of this Final Order in order to windup and terminate the Marathon receivership and discharge the Receiver, its agents, attorneys, contractors, the SBA, and its employees, and all other persons who have acted on the Receiver's behalf.

      4.    Within one hundred and eighty (180) days from August 8, 2007, control of Marathon is unconditionally transferred and returned to Marathon's General Partner, Marathon Investment Partners, GP, LLC, c/o Tom Lee, 500 Edgewater Drive Suite 555, Wakefield, MA 01180. Such transfer and return of control shall not be effective until entry of the Final Order discharging the Receiver, and until the Receiver has completed all actions necessary to windup and close the Marathon receivership estate.

      5.    Within one hundred eighty (180) days after receiving notification of the entry of the Final Order by the Court, the Receiver shall transfer and deliver limited accounting records

of the Marathon receivership that may be necessary to enable Marathon to prepare and file

tax returns that may become due after the termination of the Marathon receivership to

Marathon's General Partner, Marathon Investment Partners, GP, LLC, c/o Tom Lee 500

Edgewater Drive Suite 555, Wakefield, MA 01180. The Receiver is hereby ordered to

assign, transfer and deliver to SBA all of the records and files that are not delivered to the

limited partners of Marathon in accordance with paragraph 4 above, within one hundred eighty

(180) days after the Receiver receives notification of the entry of the Final Order, with the

exception that the pre-receivership corporate files of Marathon will be sent to Marathon's

General Partner, Marathon Investment Partners, GP, LLC, c/o Tom Lee 500 Edgewater

Drive, Suite 555, Wakefield, MA 01180.  The Receiver shall deliver all of those records

and files which are assigned to SBA to the Federal Record Center.  SBA is authorized to

dispose of these records and files one year after the entry of the Final Order, except that

SBA shall retain all post-receivership accounting records not returned to Marathon's

limited partners for a period of three (3) years from the date of entry of the Final Order.

In the event that Marathon's general or limited partners wish to obtain copies of such

documents, they shall serve a written request upon SBA, to the attention of Charlotte

Johnson, Financial Analyst, Office of Liquidation, U.S. Small Business Administration,

409 Third Street, S.W., Sixth Floor, Washington, D.C. 20416. Requests for copies of

accounting documents shall be served within three years after the entry of the Final

Order, and requests for copies of all other documents shall be served within one year.

6.	The Receiver is hereby ordered to serve a copy of this Modified Final Order upon the general and limited partners of Marathon c/o Marathon's General Partner, Marathon Investment Partners, GP, LLC, c/o Tom Lee 500 Edgewater Drive, Suite 555, Wakefield, MA 01180.

7.	All claims against and obligations of Marathon, the Marathon receivership estate, and the Receiver and its current and former agents, attorneys, employees, contractors, and all other persons who acted on the Receiver's behalf, arising from or relating in any way to the Marathon receivership, shall be discharged within one hundred eighty (180) days from August 8, 2007, with the exception that the SBA judgment shall not be discharged.

8.	The Marathon receivership is terminated, the SBA is discharged as Receiver, and the SBA, its employees, officers, agents, contractors, attorneys, and any other person who acted on behalf of the Receiver, are hereby discharged and released from any and all claims, obligations and liabilities arising from or relating to the activities, conduct or management and operation of Marathon, the Marathon receivership and the Marathon receivership estate, within one hundred eighty (180) days of the Receiver receiving notification of entry of this Modified Final Order.

9.	The stay imposed by this Court pursuant to paragraphs 7 and 8 of the Receivership Order dated May 26, 2005 shall be lifted in its entirety, within one hundred and eighty (180) days from August 8, 2007.

       10.    All other provisions of the Final Order entered August 8, 2007 (Docket No. 39) remain in full force and effect.

**SO ORDERED** this __ day of _____ 2007, in Boston, Massachusetts.

                                            _____
                                            THE HONORABLE MORRIS LASKER
                                            UNITED STATES DISTRICT COURT JUDGE