IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARATHON INVESTMENT PARTNERS, LP )<br>)<br>Defendant. )<br>) | Civ. Action No. 05-10255 (MEL) |

**MEMORANDUM OF LAW IN SUPPORT OF RECEIVER'S MOTION FOR MODIFICATION OF THE FINAL ORDER APPROVING THE FORM AND MANNER OF PROCEDURE FOR WINDING UP AND CLOSING THE RECEIVERSHIP, TERMINATING THE RECEIVERSHIP, AND DISCHARGING THE RECEIVER**

In support of its Motion for Modification of the Final Order Approving the Form and Manner of Procedure for Winding Up and Closing the Receivership, Terminating the Receivership, and Discharging the Receiver entered by this Court on August 8, 2007, (Docket No. 39), the United States Small Business Administration ("SBA"), in its capacity as court-appointed Receiver ("the Receiver") for Marathon Investment Partners, LP ("Marathon") states follows:

By Motion and Memorandum filed July 25, 2007 (Docket Nos. 37 and 38, respectively) filed a Motion for an Order Approving the Second Receiver's Report and Discharging the Receiver.  In the Motion, the Receiver requested 90 days from the date of entry of the Order in which to wind-up the receivership estate and complete all administrative functions necessary to windup and close the Marathon receivership estate in an orderly manner.  Since that time, it has come to the Receiver's attention that there are certain tasks that will require more than 90 days to complete.  These tasks include the

assignment of Marathon's assets to SBA in partial satisfaction of SBA's judgment against Marathon as approved in the Final Order at paragraph 10.  The Receiver has learned that the three Marathon portfolio interests to be assigned to SBA each have certain procedural requirements that must be completed, including rights of first refusals to other investors, before the assets can be assigned and, consequently, before the estate can be closed.

Therefore, the Receiver respectfully requests that this Court grant the Receiver's Motion to modify the Final Order as submitted herewith in the proposed Order.  The modification is consist only of extending the period of time for the Receiver to close the estate and perform all administrative tasks from 90 days from entry of the Final Order (August 8, 2007) to 180 days from entry of the Final Order.

Respectfully submitted,
U.S. Small Business Administration as
Receiver for Marathon Investment Partners

Dated: 10/15/07           By:      /s/ Arlene M. Embrey
                                           Arlene M. Embrey
                                   Trial Attorney, SBIC Litigation/Liquidation
                                   Office of General Counsel
                                   U.S. Small Business Administration
                                   409 Third Street, S.W., 7th Floor
                                   Washington, D.C. 20416
                                   Telephone:  (202) 205-6976
                                   Facsimile:   (202) 481-0324
                                   Email:  arlene.embrey@sba.gov